FILED
07 NOV 27 AM 11:59

KNK
DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

July 2007 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>GUILLERMO GARCIA (1),<br>IVAN GARCIA OLIVER (2),<br><br>    Defendants. | Criminal Case No. 07-CR-3192-IEG<br><br>I N D I C T M E N T<br><br>Title 18, U.S.C., Sec. 371 - Conspiracy; Title 33, U.S.C., Secs. 1311, 1342 and 1319(c)(2)(A) - Unlawful Discharge of Pollutants; Title 42, U.S.C., Sec. 6928(d)(2) - Unlawful Disposal of Hazardous Waste; Title 42, U.S.C., Sec. 9603(b)(3) - Failure to Report a Release of a Hazardous Substance; Title 18, U.S.C., Sec. 2 - Aiding and Abetting |

The grand jury charges:

Count 1

Between a date unknown to the grand jury but at least as early as March 30, 2005, and up to and including on or about April, 2005, within the Southern District of California, defendants GUILLERMO GARCIA and IVAN GARCIA OLIVER did conspire together and with others known and unknown to the grand jury to commit offenses against the United States, to wit:

//

//

MKP:nlv:San Diego
11/21/07

a. to knowingly discharge pollutants into the waters of the United States, from a point source, without a permit; in violation of Title 33, United States Code, Sections 1311, 1342 and 1319(c)(2)(A);

b. to knowingly dispose of a hazardous waste without a permit; in violation of Title 42, United States Code, Section 6928(d)(2); and

c. to fail to immediately report to the appropriate agency of the United States the release of a reportable quantity of a hazardous substance, other than a federally permitted release, as soon as acquiring knowledge of the release, as a person in charge of a facility where such release occurred, in violation of Title 42, United States Code, Section 9603(b)(3);

As a method and means of the conspiracy, the defendants agreed to dispose of Plasti-Kote acrylic containing toluene by dumping the contents of approximately five 55 gallon drums into Slaughterhouse Canyon Creek and onto the ground near the creek at night, in order to save the time and money required by lawful disposal.

As a further method and means of the conspiracy, the defendants agreed that they would make no report of any spill and if they were ever questioned about the dumping by the authorities, they would falsely state that there had been an accidental spill of a very small quantity of the material on the Wagner site in order to conceal the dumping.

//

//

## OVERT ACTS

In furtherance of said conspiracy and to effect and accomplish the objects thereof, the following overt acts, among others, were committed within the Southern District of California, and elsewhere:

1. On or about March 30, 2005, in El Cajon, defendant IVAN GARCIA OLIVER agreed with defendant GUILLERMO GARCIA to dump the contents of approximately five 55 gallons drums of Plasti-Kote acrylic containing toluene into Slaughterhouse Canyon Creek and onto the ground near the creek.

2. On or about the late night of March 30, 2005, or the early morning of March 31, 2005, in El Cajon, defendant IVAN GARCIA OLIVER, aided and abetted by defendant GUILLERMO GARCIA, dumped the contents of approximately five 55 gallons drums of Plasti-Kote acrylic containing toluene into Slaughterhouse Canyon Creek and onto the ground near the creek.

3. On or about March 31, 2005, in El Cajon, defendant GUILLERMO GARCIA falsely stated to authorities responding to the incident that it had been an accidental spill of approximately 20-30 gallons of Plasti-Kote on the Wagner site.

4. On or about April 12, 2005, in El Cajon, defendant GUILLERMO GARCIA falsely stated to a representative of the San Diego County Department of Environmental Health Services that he believed the spill occurred between 10:00 am and noon on March 31, 2005.

//
//

5. On or about April 20, 2005, in El Cajon, defendant IVAN GARCIA OLIVER falsely stated to a Special Agent of the U.S. Environmental Protection Agency that the spill occurred in the late morning or early afternoon of March 31, 2005. All in violation of Title 18, United States Code, Section 371.

### Count 2

On or about March 31, 2005, within the Southern District of California, defendants GUILLERMO GARCIA and IVAN GARCIA OLIVER did knowingly discharge pollutants, to wit, Plasti-kote acrylic containing toluene, into the waters of the United States, to wit: Slaughterhouse Creek, from a point source, that is 55 gallon drums, without a permit; in violation of Title 33, United States Code, Sections 1311, 1342 and 1319(c)(2)(A), and Title 18, United States Code, Section 2.

### Count 3

On or about March 31, 2005, within the Southern District of California, defendants GUILLERMO GARCIA and IVAN GARCIA OLIVER did knowingly dispose of a hazardous waste, to wit, Plasti-Kote acrylic containing toluene, without a permit; in violation of Title 42, United States Code, Section 6928(d)(2), and Title 18, United States Code, Section 2.

//
//
//
//
//
//
//

4

<u>Count 4</u>

On or about March 31, 2005, within the Southern District of California, defendant GUILLERMO GARCIA, being a person in charge of a facility from which a hazardous substance was released, other than a federally permitted release, did fail to notify immediately the appropriate agency of the United States government as soon as acquiring knowledge of the release of a reportable quantity of a hazardous substance, to wit: Plasti-Kote acrylic containing toluene, from that facility; in violation of Title 42, United States Code, Section 9603(b)(3), and Title 18, United States Code, Section 2.

DATED: November 27, 2007.

A TRUE BILL:

_____
Foreperson

KAREN P. HEWITT
United States Attorney

By: _____
MELANIE K. PIERSON
Assistant U.S. Attorney