# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal Case No. 07cr3192-IEG |
| ) | |
| IVAN GARCIA OLIVER (2), ) | |

**FILED** 07 DEC -5 PM 2: 17
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: _PDL_ DEPUTY

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus
    (X) Ad Prosequendum                      ( ) Ad Testificandum.

Name of Detainee: Ivan Garcia Oliver
Detained at (custodian): WARDEN: Lake County Correctional Facility, 4913 Helbush Drive
Lakeport, CA 95453

Detainee is:  a.)  (X) charged in this district by:
                      (X) Indictment      ( ) Information      ( ) Complaint
                  Charging Detainee With: 33 U.S.C. §§ 1311, 1342, 1319(c)(2)(A); 42 U.S.C. § 6928(d)(2), 9603(b)(3); and 18 U.S.C. § 2
or  b.)  ( ) a witness not otherwise available by ordinary process of the Court

Detainee will:  a.)  (X) return to the custody of detaining facility upon termination of proceedings

or  b.)  ( ) be retained in federal custody until final disposition of federal charges, as a sentence is currently being served at the detaining facility

Appearance is necessary on **December 21, 2007** at **10:30 a.m.** for Arraignment, before the Honorable Leo S. Papas, United States Magistrate Judge, located at 940 Front Street, Courtroom G, San Diego, California.

I hereby attest and certify on 11/29/07
That the foregoing document is a full, true and correct copy of the original on file in my office and in my legal custody.
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By P Delacruz, Deputy

Signature: _____
Print Name and Phone: Melanie K. Pierson, AUSA 557-5685
Attorney of Record for: Government

## WRIT OF HABEAS CORPUS
(X) Ad Prosequendum                      ( ) Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States Marshal for this district, is hereby ORDERED to produce the named detainee, on the date and time recited above, and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

11/29/07
Date                                                                   United States District Judge

Please provide the following, if known:
AKA(s) (if applicable): _____    MALE X  FEMALE ☐
Booking or Fed. Reg. #: Booking No. 26792; Fed. Reg. No. 173411  DOB: 2/16/78
Facility Address: Lake County Correctional Facility  Race: Hispanic
                      4913 Helbush Drive  FBI #: _____
Facility Phone: (707) 262-4240
Currently Incarcerated For: Felony Murder, 187(A) PC and Felony Parole Violation

### RETURN OF SERVICE

Executed on _____ by _____
                                              (Signature)