# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA )
)
v. )  Criminal Case No. 07cr3192-IEG
)
IVAN GARCIA OLIVER (2), )

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus

(X) Ad Prosequendum           ( ) Ad Testificandum.

Name of Detainee: Ivan Garcia Oliver

Detained at (custodian): WARDEN: Lake County Correctional Facility, 4913 Helbush Drive, Lakeport, CA 95453

Detainee is:  a.)  (X) charged in this district by:

   (X) Indictment       ( ) Information       ( ) Complaint

   Charging Detainee With: 33 U.S.C. §§ 1311, 1342, 1319(c)(2)(A); 42 U.S.C. § 6928(d)(2), 9603(b)(3); and 18 U.S.C. § 2

or  b.)  ( ) a witness not otherwise available by ordinary process of the Court

Detainee will:  a.)  (X) return to the custody of detaining facility upon termination of proceedings

or  b.)  ( ) be retained in federal custody until final disposition of federal charges, as a sentence is currently being served at the detaining facility

Appearance is necessary on April 7, 2008 at 2:00 p.m. for motions hearing, before the Honorable Irma E. Gonzalez, United States District Court Judge, located at 940 Front Street, Courtroom 1, 4th Floor, San Diego, California.

Signature: _____
Print Name and Phone: Melanie K. Pierson, AUSA 557-5685
Attorney of Record for: Government

## WRIT OF HABEAS CORPUS

(X) Ad Prosequendum           ( ) Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States Marshal for this district, is hereby ORDERED to produce the named detainee, on the date and time recited above, and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

Date: 3/4/08

United States District Judge

Please provide the following, if known:

AKA(s) (if applicable): _____           MALE  X   FEMALE ☐
Booking or Fed. Reg. #: Booking No. 26792; Fed. Reg. No. 173411   DOB: 2/16/78
Facility Address: Lake County Correctional Facility      Race: Hispanic
                  4913 Helbush Drive                      FBI #:
Facility Phone: (707) 262-4240
Currently Incarcerated For: Felony Murder, 187(A) PC and Felony Parole Violation

### RETURN OF SERVICE

Executed on _____ by _____

(Signature)

N:\TPinachio\writ\state_writ_Ivan Oliver_mkp.wpd
Form Crim-48                                                    Revised 9/22/97