AO 442

# United States District Court

**SOUTHERN DISTRICT OF CALIFORNIA**

UNITED STATES OF AMERICA

V.

Ivan Garcia Oliver (2)

**WARRANT FOR ARREST**

CASE NUMBER: 07cr3192-IEG

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____Ivan Garcia Oliver (2)_____

Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

[x] Indictment  [ ] Information  [ ] Complaint  [ ] Order of Court  [ ] Violation Notice  [ ] Probation Violation Petition  [ ] Pretrial Violation

charging him or her with (brief description of offense)

18:371; 33:1311, 1342 and 1319(c)(2)(A); 42:6928(d)(2); 42:9603(b)(3); 18:2

In violation of Title _____See Above_____ United States Code, Section(s) _____

W. Samuel Hamrick, Jr.          Clerk of the Court
Name of Issuing Officer          Title of Issuing Officer

ARVAUNTI VICTORIA                 11/27/07 San Diego, CA
Signature of Deputy              Date and Location

Bail fixed at $ _____No Bail_____ by _____The Honorable Anthony J. Battaglia_____

Name of Judicial Officer

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at _____

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | DATE 2/16/08 ARRESTED BY FBI | |

STEVEN C. STAFFORD
ACTING U.S. MARSHAL S/CA
BY