# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal Case No. 07cr3192-IEG |
| ) | |
| IVAN GARCIA OLIVER (2), ) | |

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus
   (X) Ad Prosequendum        ( ) Ad Testificandum

Name of Detainee:   Ivan Garcia Oliver
Detained at (custodian): WARDEN: Lake County Correctional Facility, 4913 Helbush Drive
         Lakeport, CA 95453

Detainee is:   a.)   (X) charged in this district by:
        (X) Indictment    ( ) Information    ( ) Complaint
        Charging Detainee With: 33 U.S.C. §§ 1311, 1342, 1319(c)(2)(A); 42 U.S.C. §
        6928(d)(2), 9603(b)(3); and 18 U.S.C. § 2

    or   b.)   ( ) a witness not otherwise available by ordinary process of the Court

Detainee will: a.)   (X) return to the custody of detaining facility upon termination of proceedings

    or   b.)   ( ) be retained in federal custody until final disposition of federal charges, as a sentence
        is currently being served at the detaining facility

Appearance is necessary on April 7, 2008 at 2:00 p.m. for motions hearing, before the Honorable Irma E. Gonzalez, United States District Court Judge, located at 940 Front Street, Courtroom 1, 4th Floor, San Diego, California.

Signature: _____
Print Name and Phone: Melanie K. Pierson, AUSA  557-5685
Attorney of Record for: Government

## WRIT OF HABEAS CORPUS
   (X) Ad Prosequendum        ( ) Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States Marshal for this district, is hereby ORDERED to produce the named detainee, on the date and time recited above, and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

3/4/08
Date                   United States District Judge

---

Please provide the following, if known:
AKA(s) (if applicable): _____    MALE X   FEMALE ☐
Booking or Fed. Reg. #: Booking No. 26792; Fed. Reg. No. 173411   DOB: 2/16/78
Facility Address: Lake County Correctional Facility   Race: Hispanic
        4913 Helbush Drive   FBI #: _____
Facility Phone: (707) 262-4240
Currently Incarcerated For: Felony Murder, 187(A) PC and Felony Parole Violation

### RETURN OF SERVICE
Executed on 05/09/08 by L S Carson        _____
                     (Signature)

N:\TPinachio\writ\state_writ_Ivan Oliver_mkp.wpd
Form Crim-48                    Revised 9/22/97