# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

PLEASE RECEIPT AND RETURN

UNITED STATES OF AMERICA           )
                                   )
                v.                 )          Criminal Case No. 07cr3192-IEG
                                   )
IVAN GARCIA OLIVER (2),            )
                                   )

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus

(X ) Ad Prosequendum                        ( ) Ad Testificandum.

Name of Detainee:    Ivan Garcia Oliver

Detained at (custodian): WARDEN: Lake County Correctional Facility, 4913 Helbush Drive
                         Lakeport, CA 95453

Detainee is:   a.)   (X) charged in this district by:

                     (X) Indictment          ( ) Information          ( ) Complaint
                     Charging Detainee With: 33 U.S.C. §§ 1311, 1342, 1319(c)(2)(A); 42 U.S.C. §
                     6928(d)(2), 9603(b)(3); and 18 U.S.C. § 2

     or    b.)   ( ) a witness not otherwise available by ordinary process of the Court

Detainee will: a.)   (X) return to the custody of detaining facility upon termination of proceedings

     or    b.)   ( ) be retained in federal custody until final disposition of federal charges, as a sentence
                     is currently being served at the detaining facility

Appearance is necessary on  July 21, 2008   at  2:00 p.m.  for motions hearing, before the Honorable
Irma E. Gonzalez, United States District Court Judge, located at 940 Front Street, Courtroom 1, 4th Floor, San
Diego, California.

I hereby attest and certify on  07-01-08
That the foregoing document is a full, true and correct
copy of the original on file in my office and in my legal
custody.

        CLERK, U.S. DISTRICT COURT
        SOUTHERN DISTRICT OF CALIFORNIA

By _____  Deputy

Signature: _____

Print Name and Phone:  Melanie K. Pierson, AUSA  557-5685

Attorney of Record for:  Government

## WRIT OF HABEAS CORPUS

        (X) Ad Prosequendum          ( ) Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States Marshal for this
district, is hereby ORDERED to produce the named detainee, on the date and time recited above, and any
further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to
the above-named custodian.

_7/1/08_____          _____
Date                              United States District Judge

Please provide the following, if known:

    AKA(s) (if applicable):    _____    MALE  X  FEMALE ☐
    Booking or Fed. Reg. #:    Booking No. 26792; Fed. Reg. No. 173411    DOB: 2/16/78
    Facility Address:          Lake County Correctional Facility          Race: Hispanic
                               4913 Helbush Drive                         FBI #: _____
    Facility Phone:            (707) 262-4240
    Currently Incarcerated For: Felony Murder, 187(A) PC and Felony Parole Violation

### RETURN OF SERVICE

Executed on _____ by _____

                                  _____
                                  (Signature)